IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES THOMAS CARLAN, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-CV-228 (MTT) |
| | * | |
| CITY OF BYRON, GEORGIA, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**<u>JUDGMENT</u>**

Pursuant to this Court's Order dated October 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of October, 2026.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk